UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>         v.<br><br>INTREPID LAW GROUP, LLC, et al.,<br><br>                    Defendants. | CASE NO. C20-0662JLR<br><br>ORDER GRANTING STIPULATED MOTION |

Before the court is the parties' stipulated motion (Mot. (Dkt. # 39)) to set a revised briefing schedule for Plaintiff The Hanover Insurance Co.'s ("Hanover") motion for summary judgment (MSJ (Dkt. # 32)), Defendants Tracy Takenaka and Brian Rounds's motion to stay (Mot. to Stay (Dkt. # 36)), and an anticipated motion to stay or dismiss to be filed by Defendant Donald Woodard. The parties seek to re-note Hanover's motion for summary judgment and Ms. Takenaka and Mr. Rounds's motion to stay on February 12, 2021. (*See generally* Mot.) They also ask the court to allow Hanover to file a single

ORDER - 1

brief of 40 pages in length that consolidates its reply in support of its motion for summary judgment and its response to the two motions to stay.

The court GRANTS the parties' stipulated motion (Dkt. # 39). Hanover shall file a single brief of no more than 40 pages in length as its combined reply in support of its motion for summary judgment and responses to Ms. Takenaka, Mr. Rounds, and Mr. Woodard's motions to stay or dismiss. The court DIRECTS the clerk to re-note Hanover's motion for summary judgment (Dkt. # 32) and Ms. Takenaka and Mr. Rounds's motion to stay (Dkt. # 36) on February 12, 2021.

Dated this 15th day of January, 2021.

JAMES L. ROBART
United States District Judge