UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>INTREPID LAW GROUP, LLC, et al.,<br><br>                    Defendants. | CASE NO. C20-0662JLR<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO MOTION FOR RECONSIDERATION |

Before the court is Plaintiff The Hanover Insurance Company's ("Hanover") motion for reconsideration of the court's March 18, 2021 order denying Hanover's motion for summary judgment and staying this case.  (MFR (Dkt. # 54); *see also* 3/18/21 Order (Dkt. # 53).)  Pursuant to Local Civil Rule 7(h)(3), the court DIRECTS Defendants to respond to Hanover's motion for reconsideration by no later than Monday, April 12, 2021.  *See* Local Rules W.D. Wash. LCR 7(h)(3).  Defendants' responsive memoranda shall be no longer than seven (7) pages in length and shall be limited to the issues

discussed in Hanover's motion for reconsideration regarding the applicability of the

Outside Entities exclusion in the professional liability insurance policy that Hanover

issued to Defendants Intrepid Law Group, LLC and Thi Huynh.  Hanover's reply, if any,

shall be filed by no later than Friday, April 16, 2021, and shall be no longer than four (4)

pages in length.  The court DIRECTS the Clerk to renote Hanover's motion for

reconsideration (Dkt. # 54) for April 16, 2021.

Dated this 2nd day of April, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2