UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INTREPID LAW GROUP, LLC, et al.,<br><br>Defendants. | CASE NO. C20-0662JLR<br><br>ORDER DENYING DEFENDANTS TAKENAKA/ROUNDS'S MOTION FOR RECONSIDERATION |

Before the court is Defendants Tracy Takenaka and Brian Rounds's (collectively, "Takenaka/Rounds") motion for reconsideration of the court's May 18, 2021 order granting in part Plaintiff The Hanover Insurance Company's ("Hanover") motion for reconsideration of the court's March 18, 2021 order denying Hanover's motion for summary judgment. (*See* MFR (Dkt. # 63); *see also* 5/18/21 Order (Dkt. # 61); 3/18/21 Order (Dkt. # 53).) Motions for reconsideration are disfavored, and the court ordinarily will deny such motions unless the moving party shows (a) manifest error in the prior

ORDER - 1

ruling, or (b) new facts or legal authority that could not have been brought to the attention of the court earlier through reasonable diligence.  Local Rules W.D. Wash. LCR 7(h)(1).

The court has carefully reviewed Takenaka/Rounds's motion.  Takenaka/Rounds present no new facts or legal authority that could not have been brought to the court's attention earlier with reasonable diligence.  (*See generally* MFR.)  Instead, they now argue that the claims they brought in state court against Defendants Intrepid Law Group, LLC ("Intrepid") and Thi Huynh are not subject to the "Outside Entities" exclusion in the professional liability insurance policy at issue in this case because the claims (1) neither "arise" nor "originate" from Mr. Huynh's control or management of Green Sky Productions, LLC ("Green Sky") and Defendant 4200 Letitia, LLC ("Letitia") and (2) are not "in any way related to" Green Sky or Letitia.  (*See generally id.*)  Takenaka/Rounds do not explain why they could not have raised the legal authority they cite in their motion in their response to Hanover's motion for reconsideration.  (*See generally id.*; *see also* 4/2/21 Order (Dkt. # 55) (directing Defendants to file a response limited to the applicability of the "Outside Entities" exclusion); Takenaka/Rounds Resp. (Dkt. # 56).)  Moreover, the court's May 18, 2021 order fully analyzed the applicability of the "Outside Entities" exclusion to Takenaka/Rounds's claims.  (*See* 5/18/21 Order at 11-15.)

//

//

//

//

ORDER - 2

For the foregoing reasons, the court concludes that Takenaka/Rounds have made neither of the required Local Rule LCR 7(h)(1) showings. (*See generally* MFR.) Therefore, the court DENIES Takenaka/Rounds's motion for reconsideration (Dkt. # 63).

Dated this 2nd day of June, 2021.

JAMES L. ROBART
United States District Judge