|  |  |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    v.<br><br>INTREPID LAW GROUP, LLC, et al.,<br><br>                    Defendants. | CASE NO. C20-662JLR<br><br>MINUTE ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On May 18, 2021, the court entered an order that, in relevant part, stayed this case pending the resolution of a matter in King County Superior Court (the "Woodard Action") in which Defendant Donald Woodard joined Defendants Intrepid Law Group, LLC ("Intrepid") and Thi Huynh as third-party defendants. (*See* 5/18/21 Order (Dkt.

MINUTE ORDER - 1

# 61).)  The court directed the parties to file a joint status report within ten days of the resolution of the Woodard Action.  (*Id.* at 23.)

It has now been over ten months since the court issued its order staying this case. In the interest of effective case management, the court now ORDERS the remaining parties in this case to file a joint status report regarding the current status of the Woodard Action in King County Superior Court.  The parties shall file their joint status report within seven (7) days of the filing date of this order.

Filed and entered this 21st day of March, 2022.

                                      RAVI SUBRAMANIAN
                                      Clerk of Court

                                      s/ Ashleigh Drecktrah
                                      Deputy Clerk

MINUTE ORDER - 2