**Honorable James L. Robart**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>INTREPID LAW GROUP, LLC, a Washington Limited Liability Company, THI HUYNH and JANE DOE HUYNH, and the marital community composed thereof, BRIAN ROUNDS, and TRACY TAKENAKA, and the marital community composed thereof; DONALD WOODARD an individual; JOSEPH PHAM, an individual; 4200 LETITIA, LLC, a Washington LLC,<br><br>Defendants. | No. 2:20-cv-00662-JLR<br><br>**STIPULATION FOR ORDER OF DISMISSAL OF SUIT WITH PREJUDICE AND WITHOUT COSTS**<br><br>NOTE ON MOTION CALENDAR MARCH 22, 2022<br><br>***(CLERK'S ACTION REQUIRED)*** |

## I. STIPULATION

The parties, by and through their respective counsel, hereby stipulate that this matter be dismissed with prejudice as to the claims for coverage for the Underlying Woodard matter and Underlying Takenaka Matter. The parties, by and through their respective counsel, hereby stipulate that the remaining claims are dismissed without prejudice, with each party bearing its own costs, and request that the proposed order below dismissing those claims be entered.

///

Stipulation for Order of Dismissal of Suit with Prejudice and Without Costs – 1
Cause No.: 2:20-cv-00662-JLR

3137892 / 520.0042

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 22nd day of March, 2022

FORSBERG & UMLAUF, P.S.

*s/ Ryan J. Hesselgesser*
Carl E. Forsberg, WSBA #17025
Ryan J. Hesselgesser, WSBA #40720
Attorneys for The Hanover Insurance Company

Dated this 22nd day of March, 2022

LAW OFFICES OF STEPHEN M. HANSEN, P.S.

*s/ Stephen M. Hansen*
Stephen M. Hansen, WSBA #15642
Attorneys for Defendant Brian Rounds and Tracy Takenaka

Dated this 22nd day of March, 2022

MR. STEPHEN J. PLOWMAN

*s/ Stephen J. Plowman*
Stephen J. Plowman, WSBA #21823
Attorneys for Defendant Joseph Pham and 4200 Letitia, LLC

Dated this 22nd day of March, 2022

MILLER NASH, LLP

*s/ Tristan N. Swanson*
Carolyn A. Mount, WSBA #55527
Tristan N. Swanson, WSBA #41934
Attorneys for Defendant Intrepid Law Group, LLC and Thi Huynh

Dated this 22nd day of March, 2022

LAW OFFICES OF VIC S. LAM, P.S.

*s/ Vic S. Lam*
Vic S. Lam, WSBA #25100
Attorneys for Defendant Donald Woodard

## II. ORDER

It is SO ORDERED

DONE this 23rd day of March, 2022.

_____
Honorable James L. Robart
United States District Judge

Stipulation for Order of Dismissal of Suit with Prejudice and Without Costs – 2
Cause No.: 2:20-cv-00662-JLR

3137892 / 520.0042

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX